# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD JEROME SMITH,**

    **Plaintiff,**

v.                                                            Case No:   6:14-cv-484-Orl-22KRS

**LORETTA ANN GIBSON,**
**MELBOURNE POLICE OFFICERS,**
**PAT POOLE, LANORRIS GIBISON,**
**DORRIS GIBISON and LORETTA ANN**
**AKINS,**

    **Defendants.**

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 2) filed April 1, 2014.

The United States Magistrate Judge has submitted a report recommending that the Complaint be dismissed with leave to amend.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 1, 2014 (Doc. No. 2), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Complaint is DISMISSED without prejudice.

3. No later than May 7, 2014 Plaintiff may file an Amended Complaint to remedy the defects noted.  The Amended Complaint shall be accompanied by the filing fee or a

completed Application to Proceed Without Prepayment of Costs (Long Form). Failure to comply with this Order shall result in dismissal of the case, without further notice.

    4.    The Clerk is directed to mail a copy of a blank Application to Proceed Without Prepayment of Costs (Long Form) to Plaintiff, along with a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on April 18, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Richard Jerome Smith, pro se